1
2
3
4

Medora A. Marisseau
701 Fifth Avenue, Suite 300
Seattle, WA 98104
Telephone:  206-223-1313
mmarisseau@karrtuttle.com

The Honorable Stanley A. Bastian

5
6
7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

8
9
10
11
12
13
14
15
16

ROBERTA FRANK, an individual, and all
those similarly situated,

    Plaintiff,

  v.

CANNABIS & GLASS, LLC, a Washington
limited liability company; NXNW RETAIL,
LLC, a Washington limited liability
company; SPRINGBIG, INC., a Delaware
corporation; AND TATE KAPPLE and his
marital community,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:19-CV-0250-SAB

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE OF
DAVID S. ALMEIDA

17
18
19
20
21
22

   I, David S. Almeida, ("Petitioner") hereby request admission, *pro hac vice*, under local Rule 83.2, before the Honorable Judge Stanley A. Bastian, or the Presiding Judge, to appear in the above-entitled action on behalf of Defendant, Springbig, Inc.  In support hereof, Petitioner states the following:

23
24
25

   1.  David S. Almeida, Illinois ARDC # 6285557, a Partner with Benesch, Friedlander, Coplan & Aronoff, LLP and a member in good standing of the bar for

26
27

MOTION FOR LEAVE TO APPEAR PRO HAC
VICE OF DAVID S. ALMEIDA - 1
CASE NO. 2:19-CV-0250-SAB
#1263120 v1 / 73833-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

the State of Illinois, has agreed to act as lead-counsel in the above captioned matter.

Mr. Almeida's contact information is as follows:

> David S. Almeida
> Benesch, Friedlander, Coplan & Aronoff LLP
> 71 S. Wacker Dr., Suite 1500
> Chicago, Illinois 60606
> Phone: (312) 212-4954
> Fax: (312) 767-9192
> E-Mail: dalmeida@beneschlaw.com

2.      Petitioner is licensed to practice law and currently a member in good standing in the following States and jurisdictions:

| State | Court | Date Admitted |
|---|---|---|
| | | |
| Illinois | Supreme Court - Bar | 10/14/2005 |
| New York | Supreme Court - Bar | 06/02/2000 |
| Illinois | U.S. District Court, Northern District | 10/14/2005 |
| Illinois | U.S. District Court, Northern District Trial Barr | 01/04/2008 |
| Indiana | U.S. District Court, Southern District | 05/23/2017 |
| Michigan | U.S. District Court, Western District | 08/10/2012 |
| New York | U.S. District Court, Southern District | 03/10/2003 |
| Wisconsin | U.S. District Court, Eastern District | 03/05/2010 |
| Wisconsin | U.S. District Court, Western District | 04/16/2010 |
| 2nd Circuit | U.S. Court of Appeals (Connecticut, New York and Vermont) | 09/04/2014 |
| 6th Circuit | U.S. Court of Appeals (Kentucky, Michigan, Ohio and Tennessee) | 10/21/2009 |
| 7th Circuit | U.S. Court of Appeals (Illinois, Indiana and Wisconsin) | 08/08/2008 |
| 11th | U.S. Circuit Court of Appeals (Alabama, Florida and Georgia) | 08/23/2013 |

3.      Petitioner has never been suspended, disbarred or resigned from the practice of law in any jurisdiction as a result of a disciplinary charge, investigation, or proceedings.

MOTION FOR LEAVE TO APPEAR PRO HAC
VICE OF DAVID S. ALMEIDA - 2
CASE NO. 2:19-CV-0250-SAB
#1263120 v1 / 73833-001

4.    No disciplinary proceeding is presently pending against Petitioner in any jurisdiction.  Petitioner understands that he is obligated to advise the court of the institution of a disciplinary proceeding promptly, during the period of his admission to the Eastern District of Washington.

5.    Petitioner has good cause to appear in the Eastern District of Washington, as follows:

(a)    Petitioner's firm has a previous and standing relationship with Springbig, Inc., and has been requested by said defendants to represent their interest in this matter.

6.    I have not previously applied to appear pro hac vice in this District Court.

7.    Petitioner has read and is familiar with the Local Rules of the Eastern District of Washington and will comply with the standards of practice set out therein.

8.    Petitioner has co-counsel in this case who is admitted to practice before the United State District Court for the Eastern District of Washington, as follows:

Medora Marisseau, WA Bar # 23114
Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
E-Mail:  MMariseau@karrtuttle.com

MOTION FOR LEAVE TO APPEAR PRO HAC
VICE OF DAVID S. ALMEIDA - 3
CASE NO. 2:19-CV-0250-SAB
#1263120 v1 / 73833-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1

2

3

9.    A pro hac vice appearance fee of $200.00 has been tendered to the Court in conjunction with the electronic filing of this Motion.

4

5

6

7

WHEREFORE, Applicant prays that this Court enter an Order permitting the admission of David S. Almeida to the Eastern District of Washington *pro hac vice* for this case only.

8

Respectfully submitted,

9

SPRINGBIG, INC.

10

11

/s/  *David S. Almeida*
David S. Almeida

12

Benesch, Friedlander, Coplan &
Aronoff LLP

13

71 S. Wacker  Drive, Suite 1500
Chicago, Illinois 60606

14

Phone:  (312) 212-4954

15

Fax:    (312) 767-9192
E-Mail:  dalmeida@beneschlaw.com

16

17

/s/ *Medora A. Marisseau*

18

Medora A. Marisseau, WSBA# 23114
**KARR TUTTLE CAMPBELL**

19

701 Fifth Avenue, Suite 3300
Seattle, WA 98104

20

Telephone:  206-223-1313

21

Facsimile:  206-682-7100
Email:  mmarisseau@karrtuttle.com

22

*Attorneys for Springbig, Inc.*

23

24

25

26

27

MOTION FOR LEAVE TO APPEAR PRO HAC
VICE OF DAVID S. ALMEIDA - 4
CASE NO. 2:19-CV-0250-SAB
#1263120 v1 / 73833-001

**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1

**CERTIFICATE OF SERVICE**

2        I, Sandy Watkins, affirm and state that I am employed by Karr Tuttle

3  Campbell in King County, in the State of Washington. I am over the age of 18 and

4

5  not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300,

6  Seattle, WA 98104.

7        On this day, I caused the foregoing MOTION FOR LEAVE TO APPEAR

8  PRO HAC VICE OF DAVID S. ALMEIDA to be served on the parties listed below

9  in the manner indicated.

10

| | |
|---|---|
| Brian G. Cameron | ☐ Via U.S. Mail |
| Cameron Sutherland, PLLC | ☐ Via Hand Delivery |
| 421 W. Riverside Ave., Ste. 660, | ☐ Via Electronic Mail |
| Spokane WA 99201 | ☐ Via Overnight Mail |
| bcameron@cameronsutherland.com | ☒ CM/ECF via court's website |
| *Attorneys for Plaintiff* | |
| Kirk D. Miller | ☐ Via U.S. Mail |
| 421 W. Riverside Ave. Suite 660 | ☐ Via Hand Delivery |
| Spokane, WA 99201 | ☐ Via Electronic Mail |
| kmiller@millerlawspokane.com | ☐ Via Overnight Mail |
| *Attorneys for Plaintiff* | ☒ CM/ECF via court's website |
| John S. Devlin, III | ☐ Via U.S. Mail |
| Taylor Washburn | ☐ Via Hand Delivery |
| Lane Powell | ☐ Via Electronic Mail |
| 1420 Fifth Avenue, Suite 4200 | ☐ Via Overnight Mail |
| Seattle, WA 98111 | ☒ CM/ECF via court's website |
| devlinij@lanepowell.com | |
| washburnt@lanepowell.com | |
| *Attorneys for Cannabis & Glass LLC,* | |
| *NXNW Retail and Tate Kapple* | |

23        I declare under penalty of perjury under the laws of the State of Washington

24  that the foregoing is true and correct, to the best of my knowledge.

25

26

27

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1    Executed on this 1st day of August at Seattle, Washington.

2

3                                    *s/ Sandy Watkins*
                                    Sandy Watkins
4                            Assistant to Medora A. Marisseau

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

MOTION FOR LEAVE TO APPEAR PRO HAC
VICE OF DAVID S. ALMEIDA - 6
CASE NO. 2:19-CV-0250-SAB
#1263120 v1 / 73833-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100