| | |
|---|---|
| Medora A. Marisseau<br>701 Fifth Avenue, Suite 300<br>Seattle, WA 98104<br>Telephone: 206-223-1313<br>mmarisseau@karrtuttle.com | The Honorable Stanley A. Bastian |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERTA FRANK, an individual, and all those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CANNABIS & GLASS, LLC, a Washington limited liability company; NXNW RETAIL, LLC, a Washington limited liability company; SPRINGBIG, INC., a Delaware corporation; AND TATE KAPPLE and his marital community,<br><br>    Defendant. | CASE NO. 2:19-CV-0250-SAB<br><br>MOTION FOR LEAVE TO ADMIT MARK S. EISEN PRO HAC VICE |

Pursuant to Local Rule 83.2(c), Medora A. Marisseau, a member in good standing of the Washington State Bar and of the United States District Court for the Eastern District of Washington, respectfully moves for admission of Mark R. Eisen ("*Applicant*") to appear pro hac vice in this matter.

Applicant's contact and admission information is set forth below:

Mark R. Eisen, Illinois Bar No. 6312738, North Carolina Bar No. 53836, California Bar No. 289009
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
Telephone: (312) 212-4956
Facsimile: (312) 767-9192
Email: meisen@beneschlaw.com

MOTION FOR LEAVE TO ADMIT MARK S. EISEN PRO HAC VICE - 1
CASE NO. 2:19-CV-0250-SAB
#1271203 v1 / 73833-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Admissions:

| | |
|---|---|
| California | Admitted: 2/22/2013 |
| Illinois | Admitted: 10/31/2013 |
| North Carolina | Admitted: 10/19/2018 |
| U.S. Court of Appeals, Ninth Circuit | Admitted: 2/28/2014 |
| U.S. Court of Appeals, Eleventh Circuit | Admitted: 12/19/2018 |
| U.S. District Court, Northern California | Admitted: 1/2014 |
| U.S. District Court, Southern California | Admitted: 1/21/2014 |
| U.S. District Court, Central California | Admitted: 1/2/2014 |
| U.S. District Court, Eastern California | Admitted: 1/21/2014 |
| U.S. District Court, Northern Illinois | Admitted: 1/3/2014 |
| U.S. District Court, Eastern Michigan | Admitted: 2/21/2014 |

Applicant is a member in good standing of the state bar of Illinois, North Carolina, and California. Applicant has never been subject to a grievance proceeding or involuntary removal proceeding while member of the bar of any state or federal court. Applicant has never been charged, arrested, or convicted of any criminal offense or offenses.

Applicant's firm, Benesch Friedlander Coplan & Aronoff LLP, has had a previous and standing relationship with Springbig, Inc. ("Defendant Springbig"). Applicant has been requested by Defendant Springbig to represent their interests in this matter and requests permission to assist Karr Tuttle Campbell in its representation of Defendant Springbig in this action via pro hac vice admission with this Court.

MOTION FOR LEAVE TO ADMIT MARK S. EISEN PRO HAC VICE - 2
CASE NO. 2:19-CV-0250-SAB
#1271203 v1 / 73833-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Applicant has not previously applied to appear pro hac vice in this District Court.

Applicant has read and is familiar with the Local Rules of the Eastern District of Washington and will comply with the standards of practice set out therein.

The name, address, and phone number of admitted counsel with whom the Applicant will be associated is:

Medora A. Marisseau, WSBA No. 23114
Karr Tuttle Campbell
701 5th Ave, Suite 3300
Seattle, WA 98104
Telephone: (206) 223-1313
Facsimile: (206) 682-7100
Email: mmarisseau@karrtuttle.com

Ms. Marisseau is admitted to practice in this Court and shall sign all pleadings, motions, and other papers prior to filing and shall meaningfully participate in the case. The required filing fee of $200.00 is tendered herewith pursuant to Local Rule 83.2(c)(1).

WHEREFORE, Applicant moves that this Court enter an Order permitting the admission of Mark S. Eisen to the Eastern District of Washington pro hac vice for this case only.

//

//

//

MOTION FOR LEAVE TO ADMIT MARK S. EISEN PRO HAC VICE - 3
CASE NO. 2:19-CV-0250-SAB
#1271203 v1 / 73833-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Respectfully submitted this 13th day of September, 2019.

*/s/ Mark S. Eisen*
Mark S. Eisen
Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Drive, Suite 1500
Chicago, Illinois 60606
Telephone: (312) 212-4954
Facsimile:    (312) 767-9192
Email:  meisen@beneschlaw.com

*/s/ Medora A. Marisseau*
Medora A. Marisseau, WSBA# 23114
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: mmarisseau@karrtuttle.com

*Attorneys for Springbig, Inc.*

MOTION FOR LEAVE TO ADMIT MARK S. EISEN PRO HAC VICE - 4
CASE NO. 2:19-CV-0250-SAB

#1271203 v1 / 73833-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

# CERTIFICATE OF SERVICE

I, Jan Likit, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98104.

On this day, I caused the foregoing MOTION FOR LEAVE TO ADMIT MARK S. EISEN PRO HAC VICE, to be served on the parties listed below in the manner indicated.

| | |
|---|---|
| Brian G. Cameron<br>Cameron Sutherland, PLLC<br>421 W. Riverside Ave., Ste. 660,<br>Spokane WA 99201<br>bcameron@cameronsutherland.com<br>*Attorneys for Plaintiff* | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☐ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |
| Kirk D. Miller<br>421 W. Riverside Ave. Suite 660<br>Spokane, WA 99201<br>kmiller@millerlawspokane.com<br>*Attorneys for Plaintiff* | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☐ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |
| John S. Devlin, III<br>Taylor Washburn<br>Lane Powell<br>1420 Fifth Avenue, Suite 4200<br>Seattle, WA 98111<br>devlinij@lanepowell.com<br>washburnt@lanepowell.com<br>*Attorneys for Cannabis & Glass LLC,*<br>*NXNW Retail and Tate Kapple* | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☐ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

//

//

MOTION FOR LEAVE TO ADMIT MARK S. EISEN PRO HAC VICE - 5
CASE NO. 2:19-CV-0250-SAB
#1271203 v1 / 73833-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1 | DATED this 13th day of September at Seattle, Washington.

*s/Jan Likit*
Jan Likit
Assistant to Medora A. Marisseau

MOTION FOR LEAVE TO ADMIT MARK S.
EISEN PRO HAC VICE - 6
CASE NO. 2:19-CV-0250-SAB
#1271203 v1 / 73833-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100