FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERTA FRANK, an individual, and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CANNABIS & GLASS, LLC, a Washington limited liability company; NXNW Retail, LLC, a Washington limited liability company; SPRINGBIG, INC., a Delaware Corporation; and TATE KAPPLE and his marital community,<br><br>　　　　　　Defendants. | NO. 2:19-cv-00250-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY AND REFER CASE FOR SETTLEMENT CONFERENCE** |

　　　Before the Court is the parties' Stipulated Motion to Stay and Refer Case for Settlement Conference, ECF No. 42. Plaintiff is represented by Kirk D. Miller and Brian Cameron. Defendants Cannabis & Glass, LLC, NXNW Retail, LLC, and Tate Kapple are represented by John S. Devlin and Taylor Washburn. Defendant Springbig is represented by Medora A. Marrisseau, Mark S. Eisen, David S. Almeida, and Suzanne M. Alton de Eraso.

　　　The parties ask the Court to stay all deadlines and refer the case to another judge for purposes of conducting a settlement conference.

**ORDER GRANTING STIPULATED MOTION TO STAY AND REFER CASE FOR SETTLEMENT CONFERENCE** ~ 1

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Stay and Refer Case For Settlement Conference, ECF No. 42, is **GRANTED**.
2. The above-captioned case is **STAYED**. The parties shall file a status certificate with the Court at the conclusion of the settlement proceedings.
3. This matter is **REFERRED** to Chief Judge Frederick P. Corbit of the United States Bankruptcy Court for the Eastern District of Washington to conduct settlement proceedings.
4. The February 13, 2020 hearing on Defendant's Motion to Dismiss, ECF No. 36, is **STRICKEN**.
5. Defendant's Motion to Dismiss Under Rule 12(b)(6), ECF No. 36, is **DENIED**, as moot, for Court docket management purposes.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel and Judge Corbit.

**DATED** this 3rd day of February 2020.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION TO STAY AND REFER CASE FOR SETTLEMENT CONFERENCE** ~ 2