FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2020

SEAN F. McAVOY, CLERK

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERTA FRANK, an individual, and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNABIS & GLASS, LLC, a Washington limited liability company; NXNW RETAIL, LLC, a Washington limited liability company; SPRINGBIG, INC., a Delaware corporation; AND TATE KAPPLE and his marital community,<br><br>Defendants. | No.: 2:19-CV-0250-SAB<br><br><br>ORDER RE; SETTLEMENT CONFERENCE |

THIS MATTER came before the court on the Order Granting Stipulated Motion to Stay and Refer Case for Settlement Conference (ECF No. 43). To facilitate a possible settlement, it is ordered:

1.  A settlement conference in this case shall begin on **April 2, 2020 at 9:30 a.m.,** and continue until concluded, at the U.S. Bankruptcy Court for the Eastern District of Washington, 904 West Riverside Avenue, Third Floor Courtroom in Spokane, Washington.

**ORDER RE: SETTLEMENT CONFERENCE** – Page 1

2. All the parties to this action, including counsel if any, shall be present at the settlement conference. If a party is a corporate entity, then that party's representative at the settlement conference shall have settlement authority.

3. Prior to the settlement conference, each party is directed to share with Judge Corbit a confidential statement of position by either regular mail or e-mail. If the parties elect to e-mail their confidential statement of position, it should be e-mailed no later than **March 27, 2020,** to Judge Corbit and Judge Corbit's Career Law Clerk (Julia D. McGann) at Fred_Corbit@waeb.uscourts.gov and Julia_McGann@waeb.uscourts.gov. If the parties elect to mail their confidential statement of position, it should be mailed no later than **March 24, 2020** by first-class mail and marked "Confidential" to the following address:

> Judge Frederick P. Corbit
> United States Bankruptcy Court
> PO Box 2164
> Spokane, WA 99201-2164

4. The settlement conference will provide a forum for private and informal discussions between the attorneys, parties, and Judge Corbit. All communications made in connection with the settlement conference are confidential and will not be released or disclosed. Any documents requested and submitted for the settlement conference will be maintained in Judge Corbit's chambers and will be destroyed after the conference. Neither the settlement conference statements nor communications occurring during the settlement conference may be used by any party regarding any aspect of the litigation or trial of this case.

6. The confidential statement of position should include:

   a. A brief review of the relevant facts;

   b. A brief analysis of key issues involved in the litigation;

**ORDER RE: SETTLEMENT CONFERENCE** – Page 2

    c.    A brief discussion of any legal authority you contend would support your position at trial;

    d.    A description of the strongest and weakest points in your case, both legal and factual;

    e.    Status of any settlement negotiations, including the last settlement proposal made by you and to you; and

    f.    A settlement proposal that you would be willing to make in order to conclude the matter.

8.    FAILURE TO FULLY COMPLY WITH THE REQUIREMENTS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF APPROPRIATE SANCTIONS.

Dated this 18th day of February, 2020.

*[signature]*
Frederick P. Corbit
United States Bankruptcy Judge

///End of Order///

**ORDER RE: SETTLEMENT CONFERENCE** – Page 3