1  KIRK D. MILLER, WSBA #40025
2  Kirk D. Miller, PS
   421 W. Riverside Avenue, Ste. 660
3  Spokane, WA  99201
4  (509) 413-1494 Telephone
   kmiller@millerlawspokane.com
5

6  BRIAN G. CAMERON, WSBA #44905
   Cameron Sutherland, PLLC
7  421 W. Riverside Avenue, Ste. 660
8  Spokane, WA  99201
   (509) 315-4507 Telephone
9  bcameron@cameronsutherland.com

10
   *Attorneys for Plaintiff*
11

12
                 **UNITED STATES DISTRICT COURT**
13                **EASTERN DISTRICT OF WASHINGTON**

14
   ROBERTA FRANK, an individual, and all      )
15 others similarly situated,                  )   Case No. 2:19-CV-0250-SAB
                                               )
16        Plaintiff,                           )
                                               )
17    vs.                                      )   **NOTICE OF VOLUNTARY**
                                               )   **DISMISSAL OF**
18  CANNABIS & GLASS, LLC, a                   )   **DEFENDANT SPRINGBIG,**
   Washington limited liability company;      )   **INC. PURSUANT TO FRCP**
19 NXNW RETAIL, LLC, a Washington              )   **41(a)(1)(A)(i)**
   limited liability company; SPRINGBIG,      )
20 INC., a Delaware corporation; and TATE     )
21 KAPPLE and his marital community;           )
                                               )
22        Defendants.                          )
                                               )
23

24

25

26

27

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SPRINGBIG, INC. PURSUANT TO FRCP 41(a)(1)(A)(i) - 1

Pursuant to FRCP 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Roberta Frank, by and through her counsel of record, hereby gives notice that the above-entitled action is voluntarily dismissed against the above-named Defendant, Springbig, Inc., without prejudice and without costs or attorney fees to either party.

RESPECTFULLY SUBMITTED this 28th day of June, 2021.

| KIRK D. MILLER, P.S. | CAMERON SUTHERLAND, PLLC |
|---|---|
| s/ *Kirk D. Miller* | s/ *Brian G. Cameron* |
| Kirk D. Miller, WSBA #40025 | Brian G. Cameron, WSBA #44905 |
| Attorney for Plaintiff | Attorney for Plaintiff |

## CM/ECF CERTIFICATE OF SERVICE

I certify that on the date indicated below I caused a copy of the foregoing document to be filed with the Clerk of the Court via the CM/ECF system. Pursuant to their ECF Agreement, the Clerk will send notice of this filing to the following person(s) as follows:

Suzanne M. Alton de Eraso
saltondeeraso@beneschlaw.com           Attorneys for Defendant Springbig, Inc.

Medora A. Marisseau
mmarisseau@karrtuttle.com              Attorneys for Defendant Springbig, Inc.

John S. Devlin, III
devlinj@lanepowell.com                 Attorneys for Defendant Cannabis & Glass
                                       NXNW Retail & Tate Kapple

Taylor Washburn
washburnt@lanepowell.com               Attorneys for Defendants Cannabis & Glass,
                                       NXNW Retail & Tate Kapple

Kirk D. Miller
kmiller@millerlawspokane.com           Attorney for Plaintiff

Brian G. Cameron
bcameron@cameronsutherland.com         Attorney for Plaintiff

DATED this 28th day of June, 2021.

s/ *Teri A. Bracken*
Teri A. Bracken, Paralegal

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SPRINGBIG, INC. PURSUANT TO FRCP 41(a)(1)(A)(i) - 3