FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERTA FRANK, an individual, and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CANNABIS & GLASS, LLC, a Washington limited liability company; NXNW Retail, LLC, a Washington limited liability company; SPRINGBIG, INC., a Delaware Corporation; and TATE KAPPLE and his marital community,<br><br>　　　　　　Defendants. | No. 2:19-cv-00250-SAB<br><br>**ORDER DISMISSING DEFENDANT SPRINGBIG, INC.** |

　　Before the Court is Plaintiff's Notice of Voluntary Dismissal of Defendant Springbig, Inc. Pursuant to FRCP 41(a)(1)(A)(i), ECF No. 45. Plaintiff is represented by Kirk D. Miller and Brian G. Cameron.

　　Previously, the Court granted Defendant Springbig's Motion to Dismiss and permitted Plaintiff to file an Amended Complaint. Plaintiff did not to do so and now asks the Court to dismiss Defendant Springbig, Inc. without prejudice and without costs or attorneys' fees to either party.

//

**ORDER DISMISSING DEFENDANT SPRINGBIG, INC. ~ 1**

While the Court will dismiss Defendant Springbig from this action, it will do so with prejudice, since Plaintiff failed to timely file an amended complaint that alleged sufficient facts to state a claim against Defendant Springbig.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Springbig, Inc. is **DISMISSED with prejudice** from the above-captioned action.

2. The District Court Executive is directed to enter judgment in favor of Defendant Springbig, Inc. and against Plaintiff.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 30th day of June 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING DEFENDANT SPRINGBIG, INC. ~ 2**