# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

<div style="color:red">
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2021

SEAN F. McAVOY, CLERK
</div>

ROBERTA FRANK, an individual, and all others
similarly situated,

*Plaintiff*

v.

CANNABIS & GLASS, LLC, a Washington limited
liability company; NXNW Retail, LLC, a Washington
limited liability company; SPRINGBIG, INC., a Delaware
Corporation; and TATE KAPPLE and his marital comm.,

*Defendant*

)
)
)
)
)
)

Civil Action No.   2:19-cv-00250-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Defendant Springbig, Inc. is DISMISSED with prejudice. Judgment is entered in favor of Defendant Springbig, Inc. and
against Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Stanley A. Bastian _____ .

Date:  6/30/2021 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Lennie Rasmussen _____
*(By) Deputy Clerk*

Lennie Rasmussen _____