FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERTA FRANK, an individual, and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CANNABIS & GLASS, LLC, a Washington limited liability company; NXNW Retail, LLC, a Washington limited liability company; and TATE KAPPLE and his marital community,<br><br>　　　　　Defendants. | No. 2:19-CV-00250-SAB<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

　　　Before the Court is the parties' Unopposed Motion for Class Certification and Preliminary Approval of Class Settlement, ECF No. 52. Plaintiff is represented by Kirk D. Miller, Shayne Sutherland, and Brian G. Cameron. Defendants are represented by John S. Devlin and Taylor Washburn.

　　　The parties indicate they have entered into a settlement agreement and ask the Court to certify the proposed class and preliminarily approve the class settlement. They indicate the proposed Settlement resolves all of the Settlement Class's claims against Defendants in exchange for Defendants' agreement to

provide certain monetary and non-monetary consideration to the Settlement Class members. Good cause exists to grant the motion and preliminarily approve the class settlement.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Unopposed Motion for Class Certification and Preliminary Approval of Class Settlement, ECF No. 52, is **GRANTED**.

2. As requested by the parties, the following deadlines are imposed:

   a. Within 10 days of entry of this Order, Defendants shall provide expected class administration costs to Class Administrator.

   b. Within 15 days of entry of this Order, Defendants shall provide class contact information to Class Administrator.

   c. Within 30 days of the entry of this Order, the class notice shall be delivered.

   d. Within 30 days of the entry of this Order, class counsel's fees and costs motion shall be submitted.

   e. The deadline for claims, exclusions and objections is 90 days after entry of this Order.

//
//
//
//
//
//
//
//
//
//
//

**ORDER GRANTING UNOPPOSED MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF CLASS SETTLEMENT ~ 2**

3.   A Final Settlement Hearing is set for **April 12, 2022,** at **10:00 a.m**., by Video Conference. Counsel and pro se parties will be provided with separate call-in details by email from the Court's staff. The email will be sent one week before the hearing.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 27th day of December 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING UNOPPOSED MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF CLASS SETTLEMENT ~ 3**